**JUDGE SCHEINDLIN**          08 CV 03383

Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
T: 212.626.4100
F: 212.310.1600
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| National Tobacco Company, LP, Zig-Zag Live Club Tour 2007,<br><br>Plaintiffs,<br><br>-against-<br><br>Timothy Parker and Xavier Mosley p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a., Lifesavas,<br><br>Defendants. | Case No.<br><br>**RULE 7.1 STATEMENT** |

Plaintiffs National Tobacco Company LP (NTC) and the Zig-Zag Live Club Tour 2007 ("Plaintiffs"), through their attorneys BAKER & McKENZIE LLP, file their statement pursuant to Fed. R. Civ. P. 7.1 as follows:

a. Plaintiff NTC is not a publicly held corporation. The indirect parent of NTC is North Atlantic Holding Company.

b. Plaintiff Zig-Zag Live Club Tour 2007 is a division of NTC.

Dated: April 4, 2008                    By: _____

Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10009
T: 212.626.4100
F: 212.310.1600