Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
T: 212.626.4100
F: 212.310.1600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Tobacco Company, LP<br><br>    Plaintiff,<br><br>    -against-<br><br>Timothy Parker and Xavier Mosley p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a., Lifesavas,<br><br>    Defendants. | Case No.   08 CV 03383 (SAS)<br><br>**NOTICE OF MOTION TO AMEND COMPLAINT AS OF RIGHT PURSUANT TO FRCP 15(a)** |

      Plaintiff National Tobacco Company LP (NTC) by its attorneys Baker & McKenzie LLP hereby moves this court to amend its complaint, pursuant to Fed. R. Civ. P. 15(a) as no responsive pleading has yet been served.   Plaintiff relies on the complaint, filed April 4, 2008, the accompanying memorandum of law, the Declaration of Marcella Ballard and Exhibits thereto and the proposed order GRANTING Plaintiff's Motion to Amend in support of this Motion.

Dated: April 9, 2008

By: /s/ Marcella Ballard
Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10009
T: 212.626.4100
F: 212.310.1600