UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Tobacco Company, LP<br><br>　　　　Plaintiff,<br><br>-against-<br><br>Timothy Parker and Xavier Mosley p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a., Lifesavas,<br><br>　　　　Defendants. | Case No.  08 CV 03383 (SAS)<br><br> |

### ORDER

　　　　Having considered the Plaintiff's Motion to Amend its Complaint, the Court finds that the Motion is well founded and should be GRANTED.  It is therefore

　　　　ORDERED that Plaintiff's Motion to Amend the Complaint is GRANTED.

SIGNED this 15 day of April 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SHIRA A. SCHEINDLIN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

NYCDMS/1082718 1