| Attorney or Party without Attorney:<br>MARCELLA BALLARD<br>BAKER & MCKENZIE LLP<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>Telephone No: 212-626-4100 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>56209771.000005 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff: NATIONAL TOBACCO COMPANY, LP |
| Defendant: TIMOTHY PARKER, et al. |

| AFFIDAVIT OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 03383 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DECLARATORY JUDGMENT; INJUNCTIVE RELIEF SOUGHT; CIVIL COVER SHEET; CORRECTED RULE 7.1 STATEMENT; INDIVIDUAL RULES AND PROCEDURES; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING.

3. a. Party served:         MARLON IRVING

4. Address where the party was served:    5817 N. MICHIGAN AVENUE
                                          PORTLAND, OR 97217

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 24, 2008 (2) at: 12:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                        Fee for Service:
   a. JAMES HONSBERGER



First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMONS & COMPLAINT                    (JAMES HONSBERGER)
                                        6414881.bakmc-ny.129201