| | | | | | For Court Use Only |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>MARCELLA BALLARD<br>BAKER & MCKENZIE LLP<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036<br>*Telephone No:* 212-626-4100 | | | | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*
56209771.000005

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

*Plaintiff:* NATIONAL TOBACCO COMPANY, LP

*Defendant:* TIMOTHY PARKER, et al.

| **AFFIDAVIT OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 03383 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED COMPLAINT FOR DECARATORY JUDGMNET, INJUNCTIVE RELIEF SOUGHT;  CIVIL COVER SHEET;  CORRECTED RULE 7.1 STATEMENT;  INDIVIDUAL RULES AND PROCEDURES;  INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ;  3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL;  GUIDELINES FOR ELECTRONIC CASE FILING.

*3. a. Party served:*          TIMOTHY PARKER

*4. Address where the party was served:*          541 CHETWOOD STREET<br>APARTMENT 305<br>OAKLAND, CA  94610

*5. I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 18, 2008 (2) at: 7:22PM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

*7. Person Who Served Papers:*          *Fee for Service:*
   a. AARON  DANIEL

**First Legal Support Services** SM<br>ATTORNEY SERVICES<br>1138 HOWARD STREET<br>San Francisco, CA 94103<br>SM (415) 626-3111, FAX (415) 626-1331

*8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of A America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE<br>SUMMONS & COMPLAINT          (AARON DANIEL)

6414354.bakmc-ny.129193