UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NATIONAL TOBACCO COMPANY, L.P. | ECF Case |
| Plaintiff, | 08-CV-03383(SAS) |
| v. |  |
| TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. BLACKALICIOUS, RAYMOND RILEY p.k.a. BOOTS RILEY, SOLOMON DAVID and MARLON IRVING, p.k.a. LIFESAVAS, | **NOTICE OF APPEARANCE** |
| Defendants. |  |

**PLEASE TAKE NOTICE** that Thuy T. Bui of the law firm Drinker Biddle & Reath LLP, located at 140 Broadway, 39th Floor, New York, New York, hereby enters her appearance as counsel for Defendants Timothy Parker and Xavier Mosley, p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a. Lifesavas in the above-captioned matter.

DATED: New York, New York
      May 9, 2008

DRINKER BIDDLE & REATH LLP

By:     s/Thuy T. Bui
    Thuy T. Bui
    140 Broadway
    39th Floor
    New York, New York 10005
    (212) 248-3140
    Attorneys for Defendants

- 2 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 9, 2008, I caused a true and correct copy of Notice of Appearance to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel listed below:

Marcella Ballard
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10009
(212) 626-4100

**Attorneys for Plaintiff**

                                                                            s/Thuy T. Bui