UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
NATIONAL TOBACCO COMPANY, L.P.          :   ECF Case
                                        :
                                        :   08-CV-03383(SAS)
        Plaintiff,                      :
                                        :
    v.                                  :
                                        :
TIMOTHY PARKER and XAVIER               :   **ORDER FOR ADMISSION PRO HAC**
MOSLEY, p.k.a. BLACKALICIOUS,           :   **VICE ON WRITTEN MOTION**
RAYMOND RILEY p.k.a. BOOTS RILEY,       :
SOLOMON DAVID and MARLON IRVING,        :
p.k.a.LIFESAVAS,                        :
                                        :
        Defendants.                     :
------------------------------------------------------X

Upon the application of the undersigned, attorney for Defendants Timothy Parker and

Xavier Mosley, p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and

Marlon Irving, p.k.a. Lifesavas, and the letter request regarding the same;

**IT IS HEREBY** ORDERED that

> David B. Sudzus
> Drinker, Biddle & Reath LLP
> 191 North Wacker Drive, Suite 3700
> Chicago, IL 60606
> (312) 569-1498 (phone)
> (312) 569-3498 (fax)
> david.sudzus@dbr.com (e-mail)

is admitted to practice pro hac vice as counsel for Timothy Parker and Xavier Mosley, p.k.a.

Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a.

Lifesavas, in the above captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court including the Rules governing discipline of attorneys. If this action is assigned to the

- 2 -

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

                                                                      [signature]

                                      United States District/Magistrate Judge  5/12/08

CH/ 29402