UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL TOBACCO COMPANY, L.P.    :    ECF Case

    Plaintiff,    :    08-CV-03383(SAS)

  v.    :

TIMOTHY PARKER and XAVIER    :    STIPULATION EXTENDING TIME TO
MOSLEY, p.k.a. BLACKALICIOUS,    :    ANSWER OR OTHERWISE MOVE
RAYMOND RILEY p.k.a. BOOTS RILEY,    :    WITH RESPECT TO THE AMENDED
SOLOMON DAVID and MARLON IRVING,    :    COMPLAINT
p.k.a. LIFESAVAS,    :

    Defendants.    :

---

IT IS hereby stipulated by and between Baker & McKenzie LLP, attorneys for plaintiff, and Drinker Biddle & Reath LLP, attorneys for defendants Timothy Parker and Xavier Mosley, p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a. Lifesavas, that the time within which defendants shall answer or otherwise move with respect to the Amended Complaint is extended from May 8, 2008, up to and including May 29, 2008.

| | |
|---|---|
| BAKER & McKENZIE LLP<br>Attorneys for Plaintiff, National Tobacco Company, LP<br><br>By: _____<br>Marcella Ballard, Esq. | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br><br><br>By: _____<br>Thuy T. Bui, Esq. |

C:\Documents and Settings\sudzusdb\Local Settings\Temporary Internet Files\OLKBE\Stip extending time to move or otherwise plead (ParkerNationalTobacco)_v1.DOC

SO ORDERED

_____
U.S.D.J.    5/13/08

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 9, 2008, I caused a true and correct copy of Stipulation Extending Time to Answer or Otherwise Move with Respect to the Amended Complaint to be served via First Class Mail upon the following:

Marcella Ballard
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10009
(212) 626-4100
**Attorneys for Plaintiff, National Tobacco Company, LP**

_____
Thuy T. Bui