UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NATIONAL TOBACCO COMPANY, L.P.

        Plaintiff,

v.

TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. BLACKALICIOUS, RAYMOND RILEY p.k.a. BOOTS RILEY, SOLOMON DAVID and MARLON IRVING, p.k.a.LIFESAVAS,

        Defendants.

---------------------------------------------------------------X

ECF Case

08-CV-03383(SAS)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that David B. Sudzus of the law firm Drinker Biddle & Reath LLP, located at 191 North Wacker Drive, Suite 3700, Chicago, Illinois 60606 hereby enters his appearance as counsel for Defendants Timothy Parker and Xavier Mosley, p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a. Lifesavas in the above-captioned matter.

DATED:
    May 22, 2008

DRINKER BIDDLE & REATH LLP

By:  s/David B. Sudzus
    David B. Sudzus
    191 N. Wacker
    Suite 3700
    Chicago, IL 60606
    (312) 569-1000 (phone)
    (312) 569-3000 (fax)
    david.sudzus@dbr.com
    **Attorneys for Defendants**

- 2 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 22, 2008, I caused a true and correct copy of Notice of Appearance to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel listed below:

Marcella Ballard
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10009
(212) 626-4100

**Attorneys for Plaintiff**

 

s/David B. Sudzus
David B. Sudzus
191 N. Wacker
Suite 3700
Chicago, IL 60606
(312) 569-1000 (phone)
(312) 569-3000 (fax)
david.sudzus@dbr.com
**Attorneys for Defendants**

CH/ 29479