SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL TOBACCO COMPANY, L.P.

                     Plaintiff,

v.

TIMOTHY PARKER and XAVIER MOSLEY,
p.k.a. BLACKALICIOUS, RAYMOND RILEY
p.k.a. BOOTS RILEY, SOLOMON DAVID and
MARLON IRVING, p.k.a LIFESAVAS,

                     Defendants.

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Docket No.: 08 CV 003383(SAS)



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Marcella Ballard, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    John Basinger
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY 10036
    212-626-4463
    212-310-1624

Upon information and belief, John Basinger is a member in good standing of the Bar of the States of Texas, California, and the District of Columbia.

Upon information and belief, there are no pending disciplinary proceedings against John Basinger in any State or Federal court.

June 11, 2008
New York, NY:

        Respectfully submitted,

        Marcella Ballard
        Baker & McKenzie LLP
        1114 Avenue of the Americas
        New York, NY 10036
        212-626-4664
        212-310-1600

NYCDMS/1089820.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL TOBACCO COMPANY, L.P.

       Plaintiff,

v.

TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. BLACKALICIOUS, RAYMOND RILEY p.k.a. BOOTS RILEY, SOLOMON DAVID and MARLON IRVING, p.k.a. LIFESAVAS,

       Defendants.

**DECLARATION OF MARCELLA BALLARD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

08-CV-03383(SAS)

SCANNED

Marcella Ballard declares:

1. I am an attorney at Baker & McKenzie, counsel for plaintiff, NATIONAL TOBACCO COMPANY, L.P. ("Plaintiff") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit John Basinger as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law there in 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John Basinger for about a year.

4. John Basinger is an attorney at Baker & McKenzie, in New York, New York.

5. I have found John Basinger to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of John Basinger, *pro hac*

NYCDMS/1089822.1

*vice*.

7.     I respectfully submit a proposed order granting the admission of John Basinger, *pro hac vice*, which is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746 I declare under the penalties of perjury the foregoing is true and correct.

Dated: June 11, 2008
New York, New York

                                          Respectfully submitted,

                                          Marcella Ballard
                                          Baker & McKenzie LLP
                                          1114 Avenue of the Americas
                                          New York, New York 10036
                                          Telephone: (212) 626-4100
                                          Fax: (212) 310-1600

# Exhibit A

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 13, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN ALBERT BASINGER, #219899 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

June 3, 2008

Re:   John Albert Basinger, State Bar Number 00796173

To Whom It May Concern:

This is to certify that Mr. John Albert Basinger was licensed to practice law in Texas on November 1, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Basinger's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss





## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN A. BASINGER

was on the 3RD day of APRIL, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 3, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL TOBACCO COMPANY, L.P.<br>　　　　　　　　　　　　Plaintiff<br><br>v.<br><br>TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. BLACKALICIOUS, RAYMOND RILEY p.k.a. BOOTS RILEY, SOLOMON DAVID and MARLON IRVING, p.k.a. LIFESAVAS,<br><br>　　　　　　　　　　　　Defendants. | 08-CV-03383(SAS)<br><br>**DECLARATION OF SERVICE** |

Iraya I. Corley declares and states as follows:

1.　　I am an employee of Baker & McKenzie LLP, and I am not a party to the above captioned matter. I served the Declaration Of Marcella Ballard In Support Of Motion To Admit Counsel Pro Hac Vice, Motion To Admit Counsel Pro Hac Vice, and Order For Admission Pro Hac Vice On Written Motion upon  , counsel for Defendnats, by mailing a copy to:

>　　Drinker Biddle & Reath LLP
>　　David B. Sudzus
>　　191 North Wacker Drive
>　　Suite 3700
>　　Chicago, Illinois 60606

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Iraya I. Corley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL TOBACCO COMPANY, L.P.<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. BLACKALICIOUS, RAYMOND RILEY p.k.a. BOOTS RILEY, SOLOMON DAVID and MARLON IRVING, p.k.a. LIFESAVAS<br><br>Defendants. | **ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION**<br><br>08 CV 03383(SAS) |

Upon the motion of Marcella Ballard, attorney for plaintiff NATIONAL TOBACCO COMPANY, L.P., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> John Basinger
> Baker & McKenzie
> 1114 Avenue of the Americas
> New York, N.Y. 10036
> 212.626.4100 (phone)
> 212.310.1600 (fax)
> john.a.basinger@bakernet.com

is admitted to practice *pro hac vice* as counsel for plaintiff NATIONAL TOBACCO COMPANY, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June ____, 2008
New York, New York:

_____
United States District/Magistrate Judge

NYCDMS/1089827.1