UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          X
-----------------------------------------------------

National Tobacco

v.

Parker et al.,

                                       X
-----------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 3383 (SAS) ( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

___  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

     _____

     All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         June 13, 2008

         *United States District Judge*

July would be best. Thanks