UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL TOBACCO COMPANY, L.P.

Plaintiff,

v.

TIMOTHY PARKER and XAVIER MOSLEY, p.k.a. BLACKALICIOUS, RAYMOND RILEY p.k.a. BOOTS RILEY, SOLOMON DAVID and MARLON IRVING, p.k.a. LIFESAVAS

Defendants.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

08 CV 03383(SAS)




Upon the application of the undersigned, attorney for Plaintiff National Tobacco Company, L.P., and the letter request regarding the same;

**IT IS HEREBY ORDERED** that

John Basinger
Baker & McKenzie
1114 Avenue of the Americas
New York, N.Y. 10036
212.626.4100 (phone)
212.310.1600 (fax)
john.a.basinger@bakernet.com

is admitted to practice *pro hac vice* as counsel for Plaintiff National Tobacco Company, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 25, 2008
New York, New York:

United States District/~~Magistrate~~ Judge

BAKER & McKENZIE

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

June 23, 2008

John A Basinger
Tel: +1 212 626 4463
john.a.basinger@bakernet.com

**Via Federal Express**

Hon. Shira A. Schiendlin
Courtroom 15C
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

RE: National Tobacco Company, L.P. v. Timothy Parker *et al.*; Case No. 08 CV 03383 (SAS)

Dear Judge Schiendlin:

I write to apply for *pro hac vice* admission with this Court on behalf of Plaintiff National Tobacco Company L.P. in the matter captioned above. Pursuant to Your Honor's Individual Rules and Procedures, I spoke with David Sudzus, counsel for Defendants, and the Defendants do not oppose this application.

I am currently a member in good standing of the Bar of the State of Texas, the Bar of the State of California, and the Bar of the District of Columbia, and was admitted to practice in Texas in 1996, California in 2002, and the District of Columbia in 2006. I am an associate at the firm of Baker & McKenzie, LLP and am affiliated in this matter with Marcella Ballard, a member of the Bar of the Southern District of New York and Of Counsel in the New York office of our firm.

Attached is a copy of the proposed order of admission. A check in the amount of $25 has been submitted previously to the Cashier's Office. In addition, under separate cover, we write requesting that Your Honor order that the Motion to Admit Counsel *Pro Hac Vice* filed on June 12, 2008 be withdrawn.

Sincerely,

John A Basinger
Licensed in Texas, California and District of Columbia Only

JAB/jml

cc: David B. Sudzus, Esq.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.