USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Tobacco Company, LP<br><br>    Plaintiff,<br><br>-against-<br><br>Timothy Parker and Xavier Mosley p.k.a. Blackalicious, Raymond Riley p.k.a. Boots Riley, Solomon David and Marlon Irving, p.k.a., Lifesavas,<br><br>    Defendants. | Case No. 08 CV 03383 (SAS)<br><br>**PROPOSED ORDER** |

A motion having been made by Plaintiff National Tobacco Company, LP for an Order: (i) withdrawing Plaintiff's Motion for John Basinger to Appear Pro Hac Vice, filed June 12, 2008, Doc. No. 23; (ii) returning the $25 fee paid to the Clerk's office in connection with the abovementioned motion ; and (iii) for such other and further relief as this Court deems just and proper;

    IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED in its entirety.

Dated: June 25, 2008

New York, New York

    So Ordered.

_____
Honorable Shira A. Scheindlin

**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

June 23, 2008

Hon. Shira A. Schiendlin
Courtroom 15C
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

RECEIVED
CHAMBERS OF
JUN 2 5 2008
JUDGE SCHEINDLIN

Marcella Ballard
Tel: +1 212 626 4664
Marcella.Ballard@Bakernet.com

Via Federal Express

RE: National Tobacco Company, L.P. v. Timothy Parker *et al.*; Case No. 08 CV 03383 (SAS)

File No.: 56209771-000005

Dear Judge Schiendlin:

We represent National Tobacco Company, LP (NTC) in the above-referenced matter which is before Your Honor. We write to move this court to withdraw the improperly filed Motion for John Basinger to Appear *Pro Hac Vice*, filed June 12, 2008 (Docket No. 23).

Enclosed you will find a Proposed Order withdrawing the abovementioned Motion and refunding the $25 fee paid to the Clerk in support of the Motion. Under separate cover, we also send a proper application for John Basinger to Appear *Pro Hac Vice* which conforms to Your Honor's Individual Rules and Practices.

Sincerely,

Marcella Ballard

MB/jml

Enclosure

cc: David B. Sudzus, Esq.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.